INDUSTRIAL MANUFACTURERS, INC., Appellant, *v.* BANGOR MILLS, INC., Respondent.

Argued May 17, 1954; decided July 14, 1954.

*Irvin C. Rutter* for appellant.

*Isidor J. Kresel* and *Harold I. Meyerson* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEWIS, Ch. J., DESMOND, DYE, FULD, FROESSEL and VAN VOORHIS, JJ. CONWAY, J., dissents and votes to reverse as to the second cause of action and to grant judgment for the plaintiff thereon for the reasons stated in the dissenting opinion by PECK, P. J., in the Appellate Division.